UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 1:23-CR-53

MALGUM WHITESIDE, JR.,

    HON. ROBERT J. JONKER

    Defendant.

_____/

## ORDER

Pending before the Court is the government's unopposed Motion to Supplement the Record for Purposes of Appeal. (ECF No. 64). For good cause shown, the motion is **GRANTED.**

**IT IS SO ORDERED.**


Dated:   September 24, 2024          /s/ Robert J. Jonker
                                                        ROBERT J. JONKER
                                                        UNITED STATES DISTRICT JUDGE